UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SIMONE BOEHM,

    Petitioner,

v.

                                  Case No. 8:10-CV-1986-T-27TGW

CHRISTIAN W. BOEHM,

    Respondent.
_____/

## ORDER

**BEFORE THE COURT** is Petitioner's Petition for Return of Child to Petitioner and Petition for Immediate Issuance of Show Cause Order to Respondent, brought pursuant to the International Child Abduction Remedies Act. The Petition requests an interim order prohibiting Respondent from removing the parties' minor child from the jurisdiction during these proceedings. The Court may grant provisional remedies under Federal law to prevent Respondent from further removing or concealing the parties' minor child, C.C.B. A plaintiff seeking a temporary restraining order must establish that:

1.     There is a substantial likelihood that the moving party will prevail on the merits.

2.     The moving party will suffer irreparable injury if the injunction is not granted;

3.     The threatened injury to the moving party outweighs the threatened harm the proposed injunction may cause the opposing party; and

4.     The injunction, if issued, would not be adverse to the public interest.

*See Haitian Refugee Center, Inc. v. Baker*, 949 F.2d 1109, 1110 (11th Cir. 1991). A plaintiff may

support an emergency motion for temporary injunctive relief by setting forth allegations of specific facts in affidavits. M.D. Fla. L.R. 4.05.

Based on the allegations of Petitioner's Affidavit, there is a substantial likelihood that Petitioner will prevail on the merits. Petitioner would suffer irreparable injury if Respondent fled the jurisdiction with the minor child and could not be located. The threatened injury to Petitioner—the prolonged loss of contact with the minor child-outweighs any harm the temporary injunction may have on Respondent. The injunction is not adverse to the public interest.

After consideration, it is **ORDERED** that the motion is **GRANTED**, without the necessity of a bond, as follows:

1. Respondent shall refrain from removing or concealing the location of the parties' minor child, C.C.B, from the Tampa Division of the United States District Court for the Middle District of Florida, consisting of the counties of Hardee, Hernando, Hillsborough, Manatee, Pasco, Pinellas, Polk and Sarasota, pending final disposition of the Petition.

2. Respondent shall not change the residence of the minor child, C.C.B, without prior approval by the Court.

3. Respondent shall surrender to and the U.S. Marshal's Service is directed to secure any and all visas, passports or other travel documents of the child, C.C.B. Respondent and the child, C.C.B, are currently residing at 3086 Sunset Drive, Belleair Bluffs, Florida 33770.

4. Respondent shall not secure substitute travel documents or passport for C.C.B.

**IT IS FURTHER ORDERED AND ADJUDGED** that this matter is referred to Magistrate Judge Thomas G. Wilson for an evidentiary hearing on the Petition for Return of Child and Petition for Immediate Issuance of Show Cause Order to Respondent (Dkt. 1).

**IT IS FURTHER ORDERED AND ADJUDGED** that Petitioner is directed to immediately serve Respondent with a copy of this Order.

**DONE AND ORDERED** in Tampa, Florida on this 10th day of September, 2010 at 11:41 A.M.

                                                   *[signature]*
                                                   **JAMES D. WHITTEMORE**
                                                   **United States District Judge**

Copies to:
All parties and counsel of record
U.S. Marshal